Eugene J. KERNAN, Plaintiff—Appellant,

v.

DIVISION OF CHILD SUPPORT ENFORCEMENT, a Title IV(d) federal agency, et al., Defendants—Appellees.

No. 02–16200.

D.C. No. CV–01–01746–SMM/SLV.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM **

Eugene J. Kernan appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of his 42 U.S.C. § 1983 action against the Division of Child Support Enforcement and numerous individual defendants. The claims in Kernan's complaint are inextricably intertwined with Arizona state court child support proceedings. The district court did not err in dismissing

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Kernan's action because under the Rooker–Feldman doctrine federal district courts lack authority to review state court decisions. *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 486–87, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983); *Doe & Assocs. Law Offices v. Napolitano,* 252 F.3d 1026, 1029 (9th Cir.2001). Kernan's remaining contentions lack merit.

AFFIRMED.